McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPREET KAUR,<br><br>    Plaintiff,<br><br>v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. 08-cv-S-999 LKK DAD<br><br>JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |

    This is an immigration case in which plaintiff has challenged the delay in adjudication of her applications to adjust status to that of lawful permanent resident by United States Citizenship and Immigration Services, as well as that agency's failure to issue a travel document. The government respectfully requests an extension of time in which to file its answer to the complaint, toward the end of reaching an administrative resolution to the matter. The parties stipulate to a 60-day extension, until September 9, 2008, and that the scheduling conference, currently set for August 11, 2008, be reset to sometime after the new answer date.

Dated: July 8, 2008

                                        McGREGOR W. SCOTT
                                        United States Attorney

                     By:    /s/Audrey Hemesath
                           Audrey B. Hemesath
                           Assistant U.S. Attorney
                           Attorneys for the Defendants

PDF created with pdfFactory trial version www.pdffactory.com
PDF created with pdfFactory trial version www.pdffactory.com

By:   /s/ Robert Bradford Jobe
      Robert Bradford Jobe
      Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on September 9, 2008, and the scheduling conference is reset to September 29, 2008 at 3:30 p.m.

IT IS SO ORDERED.

DATED: July 11, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com
PDF created with pdfFactory trial version www.pdffactory.com