McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARPREET KAUR, | No. 08-cv-S-999 LKK DAD |
| Plaintiff, | JOINT STIPULATION AND ORDER RE: DISMISSAL |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff has challenged the delay in adjudication of her applications to adjust status to that of lawful permanent resident by United States Citizenship and Immigration Services, as well as that agency's failure to issue a travel document. As of th edate of this filing, both applications have been adjudicated.  Accordingly, the parties stipulate to dismissal of this action.


Dated: September 3, 2008

                                                McGREGOR W. SCOTT
                                              United States Attorney

By:    /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants

By:    /s/ Robert Bradford Jobe

Robert Bradford Jobe
Attorney for the Plaintiff

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed as moot.

IT IS SO ORDERED.

DATED: September 4, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT